■ THEODORE E. RIFKIN et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 52349.) — Appeal from a judgment in favor of claimant, entered August 15, 1972, upon a decision of the Court of Claims. The sole issue on this appeal is the amount of the award for consequential damages. We find no reason to disturb the determination of the trial court (see *Benjamin* v. *State of New York*, 31 A D 2d 579, mot. for lv. to app. den. 23 N Y 2d 645; *Celeste* v. *State of New York*, 15 A D 2d 593). Judgment affirmed, with costs. Herlihy, P. J., Greenblott, Cooke, Kane and Main, JJ., concur.